**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**


**KYMBERLY BECK,**

        **Plaintiff**

        **v.**                         **C-1-10-398**

**COMMISSIONER OF
SOCIAL SECURITY,**

        **Defendant**


## ORDER

    This matter is before the Court upon the Report and Recommendation of the United States Magistrate (doc. no. 23) granting plaintiff's Motion for Attorney Fees and Costs Under the Equal Access to Justice Act ("EAJA") (doc. no. 29) to which there are no objections.

    Upon a *de novo* review of the record, the Court finds that the Magistrate Judge has accurately set forth the controlling principles of law and properly applied them to the particular facts of this case and agrees with the recommendation of the Magistrate Judge.

Accordingly, the Court hereby **ADOPTS AND INCORPORATES HEREIN BY REFERENCE** the Report and Recommendation of the United States Magistrate Judge (doc. no. 23). Plaintiff's Motion for Attorney Fees and Costs Under the Equal Access to Justice Act (doc. no. 20) is **GRANTED.** The defendant shall pay plaintiff the amount of $4,250.00 in attorney fees. The total award of $4,250.00 will satisfy all of plaintiff's claims for fees, costs and expenses under the EAJA, 28 U.S.C. § 2412.

IT IS SO ORDERED.

         _____s/Herman J. Weber_____
         Herman J. Weber, Senior Judge
         United States District Court